STATE OF NEW JERSEY v. RODNEY JOHNSON.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW LEE SMITH.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRE KELLY.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE L. BIGGINS.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CAHILL.

June 9, 1987.

Petition for certification denied.